DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**CORDARROL LAWRENCE FULTON,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D23-46

[March 16, 2023]

Appeal of order denying rule 3.800 motion from the Circuit Court for the Nineteenth Judicial Circuit, Okeechobee County; Michael J. McNicholas, Judge; L.T. Case No. 2011000143CFAXMX.

Cordarrol Lawrence Fulton, Milton, pro se.

No brief filed for appellee.

PER CURIAM.

*Affirmed.*

KLINGENSMITH, C.J., WARNER and MAY, JJ., concur.

\*      \*      \*

***Not final until disposition of timely filed motion for rehearing.***